UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MORENO, an individual;<br><br>            Plaintiff,<br><br>       v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>            Defendants. | Case No. 1:16-cv-01250-DAD-JLT<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE**<br><br>(Doc. 15) |

Based upon the stipulation of the parties (Doc. 15), the Court **ORDERS**:

1. The mandatory case scheduling conference is **CONTINUED** to **December 21, 2016** at 8:45 a.m.;

2. The defendants **SHALL** file their responsive pleadings no later than **December 9, 2016**.

IT IS SO ORDERED.

   Dated:   **November 18, 2016**              **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE