UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MORENO, an individual;<br><br>    Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>    Defendants. | Case No. 1:16-cv-01250-DAD-JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>(Doc. 19) |

On December 13, 2016, the plaintiff notified the Court that the parties have settled the action.  (Doc. 19)  Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **February 10, 2017**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

   Dated:   **December 14, 2016**            **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE