UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA MORENO, an individual;<br><br>           Plaintiff,<br><br>     v.<br><br>FORD MOTOR COMPANY, et al.,<br><br>           Defendants. | Case No. 1:16-cv-01250-DAD-JLT<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILING TO COMPLY WITH THE COURT'S ORDERS** |

On December 13, 2016, the plaintiff notified the Court that the parties had settled the action. (Doc. 19)  In response, the Court ordered the parties to file the stipulation to dismiss the action by February 10, 2017. (Doc. 20)  Despite this, the parties have not filed the stipulation.  Therefore, the Court **ORDERS**:

1.  No later than March 10, 2017, the parties **SHALL** show cause in writing why sanctions should not be imposed for failing to comply with the Court's orders.  Alternatively, within the same time period, they may file their stipulated dismissal.

IT IS SO ORDERED.

Dated:   **March 2, 2017**                              /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE